# United States Court of Appeals
## For the First Circuit

_____

No. 11-2242

UNITED STATES

Appellee

v.

JULIO ROSARIO-OTERO, a/k/a Julio Hotdog

Defendant - Appellant

_____

Before
Howard, Selya, and Thompson, <u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered: September 17, 2013

The petition for panel rehearing is granted to the limited extent that the opinion published by this court on September 4, 2013 is withdrawn. A new opinion will be issued after the panel takes into account the issues raised in the rehearing petition. The judgment entered on September 4, 2013 is hereby vacated.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc: Honorable Jose A. Fuste
Frances Rios de Moran, Clerk of Court
Raymond L. Sancez-Maceira
Nelson J. Perez-Ssoa
Olga B. Castellon-Miranda
George A. Massucco-LaTaif
Julia Meconiates